John E. Casperson
HOLMES WEDDLE & BARCOTT
999 Third Avenue, Suite 2600
Seattle, Washington 98104
(206) 292-8008

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKAN ADVENTURE TOURS, INC., and DARREN BYLER<br><br>Plaintiffs,<br><br>v.<br><br>VICTOR BUCHANAN and CHISIK ISLAND, Official No. 260202,<br><br>Defendants. | IN ADMIRALTY<br><br>Case No. |

## COMPLAINT

COME NOW Plaintiffs Alaskan Adventure Tours, Inc. ("AAT") and Darren Byler ("Plaintiffs"), and set forth their Complaint against Defendants Victor Buchanan and CHISIK ISLAND, Official No. 260202, ("Defendants") by stating and alleging as follows:

### I.   PARTIES

1. AAT owns and operates the vessel GULF COAST RESPONDER ("GCR").

2. At all relevant times, Darren Byler served as the operator of the GCR.

3. Defendant Victor Buchanan owns and operates the vessel CHISIK ISLAND, Official No. 260202.

COMPLAINT
*AAT, et al. v. BUCHANAN, et al.* - Page 1 of 4

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

## II. JURISDICTION

4. This is a case within the Court's admiralty and maritime jurisdiction under Article III, Section 2 of the United States Constitution; under Federal Rules of Civil Procedure 9(h) and 82; under 28 U.S.C. § 1331(1) and 46 U.S.C. § 31341-31343, *et seq.*; and under Supplemental Admiralty Rule C.

## III. FACTS

5. On February 5, 2011, the CHISIK ISLAND ran aground in Woman's Bay, Kodiak, Alaska and was unable to maneuver in the face of heavy weather.

6. Plaintiff's vessel GCR, under Darren Byler, came to the aid of the CHISIK ISLAND by towing the vessel to deeper water.

7. The GCR suffered damage as a result of the successful rescue of the CHISIK ISLAND.

## IV. COUNT I:
## PURE SALVAGE

8. Plaintiffs reallege and incorporate by reference paragraphs 1-6 as though fully set forth below.

9. Defendant CHISIK ISLAND became subject to marine peril when she was aground and unable to maneuver in the face of heavy weather.

10. Plaintiffs voluntarily came to Defendants' aid.

11. Plaintiffs' aid to Defendants did not arise from an existing duty or special contract.

12. Plaintiffs' effort and experience were instrumental in saving Defendants from further damage or loss by successfully towing the CHISIK ISLAND to safety.

COMPLAINT
*AAT, et al. v. BUCHANAN, et al.* - Page 2 of 4

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

## V.  COUNT II:

## MARITIME LIEN

13. Plaintiffs reallege and incorporate by reference paragraphs 1-11 as though fully set forth below.

14. The services provided by Plaintiffs herein constitute "necessaries," pursuant to the Federal Maritime Lien Act and give rise to a maritime lien against the vessel itself, its engines, tackle, appurtenances, etc., *in rem*.

15. Plaintiffs are entitled to assert maritime liens by way of arrest of the vessel, pursuant to Supplemental Rule C and 46 U.S.C. 31342.

16. The salvage services rendered to Defendant by Plaintiff total and amount to be proven at trial, but in excess of $50,000.00.

17. Although demand has been made on Victor Buchanan, nothing has been paid to Plaintiffs for their salvage efforts and services.

18. The CHISIK ISLAND is now or soon will be outside the jurisdiction of the Court.

## VI.  PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully pray for the following relief:

(1) That this Court enter a Judgment against Defendants for salvage, damages sustained, and expenses incurred by Plaintiffs;

(2) Attorney's fees and costs; and

(3) For such other and further relief as this Court deems fair and equitable.

COMPLAINT
*AAT, et al. v. BUCHANAN, et al.* - Page 3 of 4

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

DATED this 8th day of March, 2011.

HOLMES WEDDLE & BARCOTT, P.C.

John E. Casperson, ABA #7910076
Attorney for Plaintiffs

## VERIFICATION

UNITED STATES OF AMERICA )
) ss.
STATE OF WASHINGTON )

Darren Byler, being first duly sworn, upon oath deposes and states upon information and belief:

I have read the above and foregoing complaint, know the contents thereof and believe the same to be true. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DARREN BYLER